IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







WR-75,485-01






IN RE SEAN HOUSTON BROWN, Relator






ON APPLICATION FOR A WRIT OF MANDAMUS


FROM FORT BEND COUNTY






 Womack, J., filed a statement respecting the denial of relief.



 I join the Court's order with these understandings:

 (1) Its last sentence ("Post-conviction remedies will be of no avail.") is limited to
extraordinary writs that directly seek a nunc pro tunc change in the judgment.

 (2) Our decision does not address the question whether extraordinary writs may be used
to bring a claim of ineffective assistance of counsel for failing to seek proper award of jail-time
credit in the judgment of conviction.


Filed April 13, 2011.

Publish.